United States District Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TODD LOAIZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-2117 |
| | § | |
| AMGUARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant AmGuard Insurance Company's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 6th day of September, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE